IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN BROWN                                                                                          PLAINTIFF

VS.                              CASE NO. 3:15CV00028 PSH

CAROLYN W. COLVIN, Acting Commissioner,
    Social Security Administration                                             DEFENDANT

JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 29th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE